# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **RICHARD PHILLIP ANDERSON,** ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Case No. 07-3017-JAR |
| ) | |
| **DEBBIE BRATTON, et. al.,** ) | |
| Defendants. ) | |
| ) | |

## ENTRY OF APPEARANCE

**COME NOW,** Eric Aufdengarten, Assistant Attorney General, and respectfully requests the Court to enter his appearance as counsel of record on behalf of Defendants, Debbie Bratton and Chauncey Biby.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
STEPHEN N. SIX

s/Eric J. Aufdengarten
Eric J. Aufdengarten, No. 21289
Assistant Attorney General
Memorial Hall, 2nd Floor
120 S.W. 10th Avenue
Topeka, Kansas 66612-1597
Telephone: (785) 296-2215
Fax (785) 291-3736
Attorney for Defendants

- 2 -

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the above and foregoing **ENTRY OF APPEARANCE** was served by depositing same in the United States Mail, first class postage prepaid, the 7th day of May 2008, to:

    Richard P. Anderson #45617
    P.O. Box 311
    El Dorado, KS 67042

      I further certify that on May 7, 2008, I electronically filed this Certificate of Service with the Clerk of the Court by using the CM/ECF system.

                                            s/Eric Aufdengarten
                                            Eric Aufdengarten