# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

RICHARD PHILLIP ANDERSON, )
)
         Plaintiff, )
)
v. ) Case No. 07-3017-JAR
)
DEBBIE BRATTON, et al., )
)
         Defendants. )

## ORDER

This matter comes before the court upon defendants' Motion to Withdraw as Counsel (Doc. 54), asking the court to allow Lee Everett Urban, Assistant Attorney General, to withdraw. Assistant Attorney General Eric J. Aufdengarten entered his appearance for defendants on May 7, 2008.

While defendants have characterized the present motion as a Motion to Withdraw, defendants have actually substituted counsel. Such substitution does not require an order from the court.

Accordingly,

IT IS THEREFORE ORDERED that defendant's Motion for Withdrawal of Counsel (Doc. 16) is granted. The Clerk's office shall indicate on the docket that Mr. Urban is no longer a counsel of record for defendants.

IT IS SO ORDERED.

Dated this  9th  day of July, 2008, at Topeka, Kansas.

                               s/ K. Gary Sebelius
                              K. Gary Sebelius
                              U. S. Magistrate Judge